UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN DUNCAN,

    Plaintiff,                              Case No. 14-cv-14001
                                              Hon. Matthew F. Leitman

v.

REPWEST INSURANCE CO., *et al.*,

    Defendant.

_____/

## ORDER DENYING (1) DEFENDANT GEICO GENERAL INSURANCE COMPANY'S RENEWED MOTION FOR SUMMARY JUDGMENT (ECF #31) AND (2) REQUIRING PARTIES TO ATTEND SETTLEMENT CONFERENCE

Defendant Geico General Insurance Company ("Geico") filed a Renewed Motion for Summary Judgment on July 7, 2015 (the "Motion for Summary Judgment"). (*See* ECF #31 at 1, Pg. ID 218.) The Court held a hearing on the Motion for Summary Judgment on September 9, 2015. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (ECF #31) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to Magistrate Judge R. Steven Whalen for the purpose of holding a settlement conference at a date and time to be set by the Magistrate Judge. In addition to counsel, both Plaintiff and a representative for Geico with **FULL** settlement

1

authority shall personally attend the settlement conference.  Until further order of the Court, all currently-scheduled dates, including the previously-scheduled dates for the Final Pretrial Conference and Trial are **ADJOURNED**.  The Court will revisit the need to reschedule these dates, if necessary, following the settlement conference.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2015


    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 29, 2015, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (313) 234-5113