UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN DUNCAN,

    Plaintiff,

Case No. 14-cv-14001
Hon. Matthew F. Leitman

v.

REPWEST INSURANCE
COMPANY, *et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES (ECF #42)

On September 10, 2014, Plaintiff Ryan Duncan ("Plaintiff") filed an action in the Wayne County Circuit Court against Defendants Geico Insurance Company ("Geico"), Repwest Insurance Company ("Repwest"), and U-Haul Company of Arizona ("U-Haul") (collectively, "Defendants") alleging that he was wrongfully denied insurance policy benefits owed to him. (*See* Compl. at ¶ 15, ECF #1-2 at 6-7, Pg. ID 13.) Defendants removed the action to this Court on October 16, 2014 (*see* ECF #1), and Defendants Repwest and U-Haul were dismissed from this action on December 2, 2014 and February 23, 2015, respectively (*see* ECF ## 19, 26). Geico is the only remaining defendant in this action. Currently, Plaintiff and Geico are in the process of fact discovery. (*See* Scheduling Order, ECF #28 at 1, Pg. ID 194.)

1

On March 25, 2016, Plaintiff filed a motion to compel discovery responses from Geico (the "Motion"). (*See* ECF #42.) In the Motion, Plaintiff requested that the Court order Geico to produce certain identified discovery requests. (*See generally id.*) Geico's response to the Motion was due on April 11, 2016. *See* Fed. R. Civ. P. 34(b)(2)(A). To date, however, Geico has not filed a response to the Motion. Because the Motion is unopposed and because Plaintiff's requests are not clearly improper, **IT IS HEREBY ORDERED** that the Motion (ECF #42) is **GRANTED**, and Geico shall produce the requested discovery no later than June 15, 2016.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 26, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113